Spring 2022 Opinion List - Supreme Court of Appeals of West Virginia












































 Skip to main menu
 Skip to main content

 




 
 Opinion List Quick Tip
 
 
 AEach column of the list can be sorted by clicking the header of that column.
 BThe list-wide active text search or "List Search" allows the viewer to quickly search for specific information by typing a single word or multiple words, seperated by a space.
 CA drop down menu allows the user to change the humber of list items currently showing on the page.
 
 For more detailed help on the new features of the Opinion List, download the overview by clicking here.
 
 Open Help



 West Virginia Judiciary
 Home | Contact | Employment | Sitemap
 Opinions and Memo Decisions of the Supreme Court of Appeals
 
 
 
 
 
 Information & Search
 About the Decision List
 
 
 


 
 
 
 
 
 
 Search
 
 Search the site
 
 
 
 
 
 
 
 
 Main Menu
 
 Public Resources
 
 Court Information by County
 Court Forms
 News & Publications
 Jury Information
 Law Library
 Student Resources
 Domestic Violence 
 Mental Hygiene & Guardians
 Child Abuse and Neglect 
 Accessibility Information
 
 
 Supreme Court
 
 Supreme Court of Appeals
 Justices & Staff
 Clerk's Office
 Office of Counsel
 Workers' Compensation Counsel
 Calendar & Docket
 Opinions
 
 
 Lower Courts
 
 Circuit Courts
 Family Courts
 Magistrate Courts
 Treatment Courts
 Mass Litigation Panel 
 Business Court Division
 Statistics 
 
 
 Legal Community
 
 Court Rules
 WV E-File
 Bar Admissions
 Lawyer Disciplinary Board
 Judicial Investigation
 West Virginia State Bar
 Judicial & Lawyer Assistance Program
 
 
 Court Administration
 
 Administrative Office
 Judiciary Policies
 Court Security and Closures
 
 Probation Services
 Access to Justice
 Juvenile Justice Commission 
 
 
 Viewing PDF Files
 
 
 
 Spring 2022 Opinion List
 
 Links to all decisions filed in the current term of court are listed in the table below. Are you looking for an opinion list from a prior term of court? If so, please visit the Information & Search page. Opinions from the September 1991 term of court to the present day are available online.
 The new integrated decision list combines all of the decisions issued during a court term, identified using case type and decision type codes. To re-sort the list quickly, click any of the column headers (except case number). For more information about using the decision list and for an explanation of the codes, review the page: About the Decision List. 
 
 QUICK TIP: For more help on using the opinion table, click the to the right on the page. When the page loads, the Date Filed column is sorted descending.
 
 Current Term of Court Opinions and Memorandum Decisions
 
 
Current Term of Court Opinions and Memorandum Decisions
 
 
 
 Decision Type
 
 
 Date Filed
 Case No.
 Case Name
 Case Type
 Decision Type
 
 
 
 
 
 01/12/2022
 20-0616
 Colebank, et al. v. Reneau, et al.
 TCR
 MD
 
 
 01/12/2022
 20-0748
 Palmer v. Tuscon Charleston, LLC, et al.
 TCR
 MD
 
 
 01/12/2022
 20-0943
 Squires, et al. v. Sartor
 TCR
 MD
 
 
 01/12/2022
 20-0993
 Julie M. v. Michael M.
 FAM
 MD
 
 
 01/12/2022
 21-0002
 Sprangler v. Washington 
 TCR
 MD
 
 
 01/12/2022
 20-01010
 Heavner v. Three Run Maintenance Association, Inc.
 TCR
 MD
 
 
 01/12/2022
 20-0658
 Gonzales v. Cabell County Board of Education
 ADM
 MD
 
 
 01/12/2022
 20-0758
 McCartney v. Randolph County Board of Education
 TCR
 MD
 
 
 01/12/2022
 20-0412
 Frazier, DMV Commissioner v. Kelly
 ADM
 MD
 
 
 01/12/2022
 20-0176
 Blickenstaff v. Ames, Superintendent 
 POST
 MD
 
 
 01/12/2022
 20-0625
 Bowers v. Ames, Superintendent
 POST
 MD
 
 
 01/12/2022
 20-00930
 Mullins v. Westfall, Superintendent 
 POST
 MD
 
 
 01/12/2022
 20-0533
 Curtis R. v. Pszczolkowski, Superintendent
 POST
 MD
 
 
 01/12/2022
 20-0143
 Leftwich v. Ames, Superintendent
 POST
 MD
 
 
 01/12/2022
 21-0379
 Robert R. v. Ames, Superintendent
 POST
 MD
 
 
 01/12/2022
 20-0754
 Daniel C. v. Ames, Superintendent 
 POST
 MD
 
 
 01/12/2022
 20-0545
 State of West Virginia v. Scott K.
 CR-F
 MD
 
 
 01/12/2022
 20-0743
 State of West Virginia v. Via
 CR-F
 MD
 
 
 01/12/2022
 20-0678
 State of West Virginia v. Cullen
 CR-F
 MD
 
 
 01/12/2022
 20-0457
 State of West Virginia v. Hess
 CR-F
 MD
 
 
 01/12/2022
 20-0904
 State of West Virginia v. Gamble
 CR-F
 MD
 
 
 01/12/2022
 20-0603
 State of West Virginia v. Tanner C.
 CR-F
 MD
 
 
 01/12/2022
 20-0595
 State of West Virginia v. Jeffries
 CR-F
 MD
 
 
 01/12/2022
 20-0641
 State of West Virginia v. Massey
 CR-F
 MD
 
 
 01/12/2022
 20-1002
 State of West Virginia v. Fishack
 CR-F
 MD
 
 
 01/12/2022
 20-0977
 State of West Virginia v. Gatto
 CR-F
 MD
 
 
 01/12/2022
 20-0553
 State of West Virginia v. T.J.
 CR-F
 MD
 
 
 01/12/2022
 20-0458
 State of West Virginia v. Sample
 CR-F
 MD
 
 
 01/12/2022
 20-0519
 State of West Virginia v. Parrish
 CR-F
 MD
 
 
 01/12/2022
 20-0928
 State of West Virginia v. Ray
 CR-F
 MD
 
 
 01/12/2022
 20-1004
 State of West Virginia v. Lansdowne
 CR-F
 MD
 
 
 01/12/2022
 20-0786
 In re R.R.
 JUV
 MD
 
 
 01/12/2022
 20-0782
 In re D.B.
 JUV
 MD
 
 
 01/12/2022
 21-0592
 In re E.B., D.B., and H.B.
 JUV
 MD
 
 
 01/12/2022
 21-0147 and 21-0176
 In re B.D., L.D., N.D., M.D., and A.D., and In re B.D.S.B., L.D., N.D., M.D., and A.D.
 JUV
 MD
 
 
 01/12/2022
 21-0473
 In re K.M.
 JUV
 MD
 
 
 01/12/2022
 21-0525
 In re R.W.
 JUV
 MD
 
 
 01/12/2022
 21-0551
 In re D.L., M.L., and R.B.
 JUV
 MD
 
 
 01/12/2022
 21-0241
 In re L.S., S.M., L.S., and E.S.
 JUV
 MD
 
 
 01/12/2022
 21-0242
 In re L.S., L.S., and E.S.
 JUV
 MD
 
 
 01/12/2022
 21-0357
 In re O.G. and J.C.
 JUV
 MD
 
 
 01/12/2022
 21-0452
 In re H.J., C.J., and M.J.
 JUV
 MD
 
 
 01/12/2022
 21-0455
 In re H.J., C.J., and M.J.
 JUV
 MD
 
 
 01/12/2022
 21-0497
 In re B.W. and A.O.
 JUV
 MD
 
 
 01/12/2022
 21-0420
 In re H.C. and J.C.
 JUV
 MD
 
 
 01/12/2022
 21-0411
 In re H.C. and J.C.
 JUV
 MD
 
 
 01/12/2022
 21-0392
 In re A.R. and M.R.
 JUV
 MD
 
 
 01/12/2022
 21-0363
 In re C.C. and M.C.
 JUV
 MD
 
 
 01/12/2022
 21-0494
 In re L.W. and M.B.
 JUV
 MD
 
 
 01/12/2022
 21-0541
 In re J.C. and R.C.
 JUV
 MD
 
 
 01/12/2022
 21-0327
 In re M.H., E.S., L.S., W.S., and D.H.
 JUV
 MD
 
 
 01/12/2022
 21-0599
 In re R.A., D.A., and R.N.
 JUV
 MD
 
 
 01/12/2022
 21-0348
 In re C.C. and L.C.
 JUV
 MD
 
 
 01/12/2022
 21-0444
 In re A.S., B.M., and I.S.
 JUV
 MD
 
 
 01/12/2022
 21-0574
 In re T.H., H.W., and O.W.
 JUV
 MD
 
 
 01/12/2022
 21-0531
 In re J.E. and Z.E.
 JUV
 MD
 
 
 01/12/2022
 21-0552
 In re C.M., A.M., and N.M.
 JUV
 MD
 
 
 01/12/2022
 21-0515
 In re C.M., A.M., and N.M.
 JUV
 MD
 
 
 01/12/2022
 21-0447
 In re B.D. 
 JUV
 MD
 
 
 01/12/2022
 21-0434
 In re C.B.
 JUV
 MD
 
 
 01/12/2022
 21-0345
 In re A.T., M.W., A.W., and S.W.
 JUV
 MD
 
 
 01/12/2022
 21-0278
 In re I.B.-L. and M.B.-L.
 JUV
 MD
 
 
 01/12/2022
 21-0338
 In re J.R.
 JUV
 MD
 
 
 01/12/2022
 21-0564
 In B.T. and J.V.
 JUV
 MD
 
 
 01/12/2022
 21-0511
 In re O.P. and K.H.
 JUV
 MD
 
 
 01/12/2022
 21-0459
 In re C.D. and L.L.
 JUV
 MD
 
 
 01/12/2022
 21-0508
 In re B.L. and B.L.
 JUV
 MD
 
 
 01/12/2022
 21-0394
 In re E.K. and M.C.-W.
 JUV
 MD
 
 
 01/12/2022
 21-0380
 In re L.C.
 JUV
 MD
 
 
 01/11/2022
 20-0548
 B.J.R. v. Huntington Alloys Corporation
 WC
 MD
 
 
 01/11/2022
 20-0549
 Eagle v. Kingston Mining, Inc.
 WC
 MD
 
 
 01/11/2022
 20-0588
 Koppers Industries, Inc. v. Snoderly
 WC
 MD
 
 
 01/11/2022
 20-0607
 June Ash, Widow of Roy D. Ash v. Glaspell Lumber Co., Inc.
 WC
 MD
 
 
 01/11/2022
 20-0638
 Runyon v. Wiseman Construction Co., Inc.
 WC
 MD
 
 
 01/11/2022
 20-0725
 Roy E. Smith v. King Coal Chevrolet Company
 WC
 MD
 
 
 
 
 
 

    
 
 
 About this Redesign
 Twitter
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 Contact Information
 Terms of Use
 State of WV Main Page
 
 The West Virginia Judicial System is an Equal Opportunity Employer committed to providing equal access and unbiased, non-discriminatory treatment to all.
 2021 West Virginia Court System - Supreme Court of Appeals. All Rights Reserved.